UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE CITY OF PROVIDENCE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 11-CV-7132 (CM)(GWG) |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | |
| AÉROPOSTALE, INC., THOMAS P. JOHNSON and MARC D. MILLER, | ) ) ) | |
| Defendants. | ) ) | |

**LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR
ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES**

PLEASE TAKE NOTICE that Labaton Sucharow LLP, Court-appointed Lead Counsel for the City of Providence ("Lead Plaintiff") and the Class, hereby moves this Court before the Honorable Colleen McMahon, for orders pursuant to Rules 23 and 54 of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4 (a)(4) ("PSLRA"): (a) awarding attorneys' fees; (b) paying litigation expenses incurred by plaintiffs' counsel; and (c) reimbursing Lead Plaintiff for its reasonable costs and expenses, including lost wages, directly relating to the representation of the Class, pursuant to the PSLRA.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Lead Counsel submits and is filing herewith: Lead Counsel's Memorandum of Law in Support of Motion for Attorneys' Fees and Payment of Litigation Expenses, dated April 4, 2014; and the Declaration of Jonathan Gardner in Support of (A) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and (B) Lead Counsel's Motion for Attorneys' Fees and Payment of Litigation Expenses, dated April 4, 2014, with annexed exhibits.

Proposed orders will be submitted with Lead Counsel's reply submission on or before May 2, 2014.

Dated:  April 4, 2014                                          Respectfully submitted,

**LABATON SUCHAROW LLP**

By: */s/ Jonathan Gardner*
Jonathan Gardner
Eric J. Belfi
Mark Goldman
140 Broadway
New York, New York 10005
Telephone:     (212) 907-0700
Facsimile:       (212) 818-0477

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2014, I caused the foregoing Lead Counsel's Notice of Motion and Motion for Attorney's Fees and Payment of Litigation Expenses to be served electronically on all ECF participants.

*s/ Jonathan Gardner*
JONATHAN GARDNER