UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PROVIDENCE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>AEROPOSTALE, INC., THOMAS P. JOHNSON and MARK D. MILLER<br><br>        Defendants. | 11-CV-07132 (CM) (GWG)<br><br>CLASS ACTION |

**NOTICE OF APPEAL**

      Notice is hereby given that Objector Donald Robert Pierson, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion and Order Granting Lead Plaintiff's Motions for Final Approval of Class Action Settlement, Plan of Allocation and Attorneys Fees and Expenses (Docket No. 66), entered in this action on May 9, 2014.

Dated:   June 6, 2014                         By: /s/ Forrest S. Turkish_____
                                                        Forrest S. Turkish (FT1197)

                                                        Law Office of Forrest S. Turkish
                                                        595 Broadway Bayonne, NJ 07002
                                                        Phone: (201) 339-8866
                                                         Fax: (201) 339-8456
                                                        Email: fsturkish@aol.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 6, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of New York by using the USDC CM/ECF system.

      I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

                                                  /s/ Forrest S. Turkish  
                                                Forrest S. Turkish