UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE CITY OF PROVIDENCE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 11-CV-7132 (CM)(GWG) |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| AEROPOSTALE, INC., THOMAS P. JOHNSON and MARC D. MILLER, | ) ) ) | |
| Defendants. | ) ) | |

**REPLY DECLARATION OF JONATHAN GARDNER IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR AN APPEAL BOND**

I, JONATHAN GARDNER, declare as follows pursuant to 28 U.S.C. §1746:

1. I am a partner of the law firm of Labaton Sucharow LLP, court-appointed Lead Counsel for the City of Providence ("Lead Plaintiff") and the Class, and am admitted to practice before this Court. I respectfully submit this declaration in further support of Lead Plaintiff's motion for an appeal bond. I have personal knowledge of the matters testified to herein.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Brief of Appellant Donald Robert Pierson II filed in the United States Court of Appeals for the Second Circuit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2014.

_____
JONATHAN GARDNER