N.Y.S.D. Case #
11-cv-7132(CM)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of August, two thousand and fifteen.

_____

J. Robert Arbuthnot, Individually and on behalf of all others similarly situated, The City of Providence, Individually and on behalf of all others similarly situated,

  Plaintiff - Appellee,

v.

Donald Robert Pierson, II,

  Objector - Appellant,

Aeropostale, Inc., Thomas P. Johnson, Marc D. Miller,

  Defendants.

_____

**STATEMENT OF COSTS**
Docket No. 14-2135

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 12, 2015

    IT IS HEREBY ORDERED that costs are taxed in the amount of $1,727.20 in favor of Appellee City of Providence.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/12/2015