UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PROVIDENCE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>AEROPOSTALE, INC., THOMAS P. JOHNSON and MARK D. MILLER<br><br>      Defendants. | 11-CV-07132 (CM) (GWG)<br><br>CLASS ACTION |

### NOTICE OF MOTION FOR RETURN OF BOND

**PLEASE TAKE NOTICE** that Donald Robert Pierson, a member of the Class who deposited a cost bond with the Court, through counsel, hereby moves the Court for an order returning $1,272.80 of the cost bond (balance of bond after Court ordered costs).

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, Donald Robert Pierson is filing herewith his Motion for Return of Bond with annexed exhibits and dated September 28, 2015 (Doc. No. 84)

Respectfully submitted,

Dated: September 28, 2015

By: /s/ Forrest S. Turkish
    Forrest S. Turkish (FT1197)

Law Office of Forrest S. Turkish
595 Broadway
Bayonne, NJ 07002
Phone: (201) 339-8866
Fax: (201) 339-8456
Email: fsturkish@aol.com

1

## CERTIFICATE OF SERVICE

I certify that on ~~September 28~~ October 5, 2015, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of New York by using the USDC CM/ECF system and that all registered CM/ECF users will be served by the USDC CM/ECF system.

          /s/ Forrest S. Turkish
          Forrest S. Turkish