# LAW OFFICE OF
# FORREST SCOTT TURKISH

**Forrest Scott Turkish, Esq.**
States Admitted: NJ, NY and CO
Federal Admissions: U.S. District Courts (District of NJ & Southern District of NY) and U.S. Court of Appeals (Third Circuit)

595 Broadway, Ground Floor, Bayonne, New Jersey 07002

Telephone: (201) 339-8866
Facsimile: (201) 339-8456
E-mail: Fsturkish@aol.com

November 12, 2015

Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: The City of Providence v. Aeropostale, Inc., et al.
Case NO.: 11-cv-7132(CM)(GWG)
Our File No.: 3077.014

Dear Judge McMahon,

I represent Objector, Donald Robert Pierson, II, in the above referenced matter. With respect to said Objectors Motion for Return of the Balance of the Bond (ECF DOC#85) kindly distribute the funds as set forth in the proposed Order filed herewith.

Respectfully,

Forrest S. Turkish

FST/Ja
Encl.
cc: Labaton Sucharow, LLP (via ECF)

(Forrest/JudgeMcMahonPierson.ltr.doc)