UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PROVIDENCE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AEROPOSTALE, INC., THOMAS P. JOHNSON and MARK D. MILLER<br><br>Defendants. | 11-CV-07132 (CM) (GWG)<br><br>CLASS ACTION |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/15

[~~PROPOSED~~] ORDER FOR RETURN OF BOND

IT IS HEREBY ORDERED that the District Clerk return the Cost Bond deposited on December 4, 2014, in the amount of $3,000.00 to be paid as follows:

1. $1,727.20 payable to Labaton Sucharow, LLP, whose address is 140 Broadway, 23rd Floor, New York, NY 10005-1108; and

2. $1,272.80 payable to Forrest S. Turkish, Esq. whose address is 595 Broadway, Ground Floor, Bayonne, NJ 07002.

SO ORDERED.

11/17/2015

HONORABLE COLLEEN MCMAHON
U.S. DISTRICT COURT JUDGE